USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 24 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

WEI JIA ZHAO,

                Plaintiff,

     -v-

WOK & ROLL 68 INC. d/b/a WOK'N ROLL, et al.,

                Defendants.

----------------------------------------------------------X

No. 11 Civ. 7284 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record at today's conference, it is hereby:

    ORDERED that Defendant David Wang's motion to dismiss is DENIED with prejudice. If Mr. Wang wishes to file a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 at any time prior to the close of fact discovery, he shall submit a letter to the Court, no longer than three (3) pages, explaining the basis for the motion. Plaintiff shall have three (3) days to submit a same-length letter in response.

    IT IS FURTHER ORDERED that fact discovery in this matter be completed by January 11, 2013, on which date the parties shall submit a joint status letter describing their efforts to settle the action and summarizing any contemplated motions. The parties shall appear for a status conference on January 18, 2013 at 2:30 p.m. in Courtroom 9B, 500 Pearl Street, New York, New York 10007.

    IT IS FURTHER ORDERED that expert discovery in this matter be completed by February 8, 2013.

The Clerk of the Court is directed to close item number twenty-three (23) on the docket of this case.

SO ORDERED.

Dated:	September 24, 2012
	New York, New York

_____
Ronnie Abrams
United States District Judge